UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-07034-CAS-(FFMx) | Date | October 17, 2013 |
|---|---|---|---|
| Title | SIMA KARIMIAN V. CALIBER HOME LOANS INC ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

Not Present  Not Present

**Proceedings:** (In Chambers:) CITIMORTGAGE BANK, INC.'S MOTION TO DISMISS (Dkt. 7, filed October 1, 2013)

On October 1, 2013, defendant CitiMortgage Bank, Inc., moved to dismiss this case pursuant to Fed. R. Civ. P. 12(b)(6). On October 11, 2013, plaintiff Sima Karimian filed an opposition. Defendant's motion is currently scheduled to be heard on November 4, 2013, at 10:00 AM.

The Court hereby directs the parties to each submit a brief, not to exceed three pages, addressing whether the Ninth Circuit's recent holding in Corvello v. Wells Fargo Bank, NA, 2013 WL 4017279 (9th Cir. Aug. 8, 2013), has any bearing on this case. The parties shall submit these briefs not later than **October 25, 2013.**

IT IS SO ORDERED.

00 : 00

Initials of Preparer   CMJ