Kelly Andrew Beall (SBN 162456)
*kabeall@wolfewyman.com*
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone:  (949) 475-9200
Facsimile:  (949) 475-9203

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMA KARIMIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., DBA VERICREST FINANCIAL, INC., a Delaware Corporation; SUMMIT MANAGEMENT COMPANY, LLC, a Delaware Corporation; CITIMORTGAGE, BANK, INC., a New York Corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. CV13-07034-CAS (FFMx)<br><br>**DEFENDANT, CITIMORTGAGE, INC.'S SUPPLEMENTAL BRIEF RE: CORVELLO V. WELLS FARGO BANK, NA 728 F.3D 878 (C.A.9 CAL., 2013)**<br><br>Date:          November 4, 2013<br>Time:         10:00 a.m.<br>Courtroom: 5<br><br>Hon. Christina A. Snyder |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Defendant CitiMortgage, Inc. ("CMI")

hereby submits its Supplemental Brief as follows:

I.     <u>SUMMARY OF ARGUMENT</u>

   The Ninth Circuit's holding in <u>Corvello v. Wells Fargo Bank, NA</u> 728 F.3d

878 (C.A.9 Cal., 2013) is inapplicable because Plaintiff Sima Karimian (Plaintiff"),

in the present lawsuit, alleges CMI notified her she was not entitled to a loan

modification as required by the Home Affordable Trial Period Plan ("TPP"). The

1518498.1

1   Ninth Circuit in <u>Corvello</u> found the lender in that case had failed to notify the

2   plaintiffs of their eligibility for a permanent modification either by denying the loan

3   modification or offering a modification.

4        The Ninth Circuit's holding in <u>Corvello</u> also did not address the legal

5   arguments relating to the applicable statutes of limitation (California <u>Code of Civil</u>

6   <u>Procedure</u> §§ 335.1, 338(d), 339) and a lender's lack of duty in handling of loan

7   modification applications. (<u>Aspiras v. Wells Fargo Bank, N.A.</u> (2013) --- Cal.Rptr.3d

8   ----, 219 Cal.App.4th 948, 2013 WL 5229769 (Cal.App. 4 Dist))

9   **II.    SUMMARY OF ALLEGATIONS**

10        Plaintiff alleges she defaulted in her monthly payments on the Subject Loan

11   and contacted CMI in May of 2009 to request a modification of the Subject Loan.

12   (Complaint ¶¶ 16 -18)  Plaintiff further alleges she was provided a Trial Plan

13   Agreement in October of 2009. (Complaint ¶ 19, **Exhibit "B"**)  Plaintiff alleges she

14   made all of the payments under the TPP. (Complaint ¶ 20)  Plaintiff alleges CMI

15   denied her request for a permanent modification on June 17, 2010. (Complaint ¶ 23)

16   **III.   THE COMPLAINT FAILS TO STATE CLAIMS FOR BREACH OF**

17   **CONTRACT OR PROMISSORY ESTOPPEL**

18        The United States Court of Appeals for the Ninth Circuit in <u>Corvello v. Wells</u>

19   <u>Fargo Bank, NA</u>, 2013 WL 4017279 (9th Cir. Aug. 8, 2013) reversed the district

20   court's dismissal of the borrowers' claims finding the borrowers had sufficiently

21   alleged their lenders breached trial period plans by failing to offer permanent

22   modifications of their loans.  The Ninth Circuit held the trial period plan required the

23   lender to either offer a permanent modification or notify the borrowers they were not

24   entitled to one, stating:

25        In the step most critical to this litigation, the servicer than must report
         to the borrowers the results of the eligibility determination (citation
26        omitted) Id. at p. 881

27        In order to state a claim for breach of contract under <u>Corvello</u>, Plaintiff must

28   allege, 1) she executed and returned the TPP, 2) she made all payments under the

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2

TPP, 3) she submitted all of the required documentation under the TPP, 3) her representations remained true and accurate, 4) she was eligible under HAMP for a modification, and 5) CMI failed to either provide a determination that she was ineligible or CMI offered a permanent modification.

In the present matter, Plaintiff alleges she was provided a Trial Plan Agreement in October of 2009 and she made all of the payments under the TPP. However, Plaintiff also alleges CMI provided her with a decision on her eligibility for a permanent modification.[1]  CMI complied with the terms of the TPP and Plaintiff's claim for breach of contract and promissory estoppel may be dismissed.

## IV.   CORVELLO FAILS TO ADDRESS THE OTHER ARGUMENTS PRESENTED BY CMI

The Ninth Circuit's holding in Corvello also did not address the legal arguments, discussed in CMI's motion to dismiss, relating to the applicable statutes of limitation (California Code of Civil Procedure §§ 335.1, 338(d), 339) and a lender's lack of duty in handling of loan modification applications. (Aspiras v. Wells Fargo Bank, N.A. (2013) --- Cal.Rptr.3d ----, 219 Cal.App.4th 948, 2013 WL 5229769 (Cal.App. 4 Dist))

## V.   CONCLUSION

For the foregoing reasons, CMI respectfully requests the Court to grant its Motion to Dismiss Plaintiff's Complaint.

DATED:  October 24, 2013          WOLFE & WYMAN LLP


                                  By:   /s/ Kelly Andrew Beall
                                      KELLY ANDREW BEALL
                                  Attorneys for Defendant
                                  **CITIMORTGAGE, INC.**

---

[1]      Plaintiff's Complaint also does not contain any specific factual allegations that she submitted all of the required documentation under the TPP, that her representations remained true and accurate or that she even qualified for a modification under HAMP.

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

1                                 **PROOF OF SERVICE**

2   **STATE OF CALIFORNIA**           )
                                         )    ss.

3   **COUNTY OF ORANGE**          )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531.

On October 24, 2013, I served the document(s) described as **DEFENDANT, CITIMORTGAGE, INC.'S SUPPLEMENTAL BRIEF RE: CORVELLO V. WELLS FARGO BANK, NA 728 F.3D 878 (C.A.9 CAL., 2013)** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐   **BY MAIL**: as follows:

    ☐    **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☐   **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Irvine, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

☒   **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the CM-ECF website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐   **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐   **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐   **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒   **FEDERAL**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on October 24, 2013, at Irvine, California.

_____

Theresa Fontes

**SERVICE LIST**
**USDC Court Case No. CV13-07034-CAS (FFMx)**
**KARIMIAN v. CALIBER HOME LOANS, et al.**
**W&W File No. 1133-1242**

Timothy G. McFarlin, Esq.
Jarrod Y. Nakano, Esq.
Connie C. Catone, Esq.
MCFARLIN LLP
4 Park Plaza, Suite 1025
Irvine, CA 92614

Attorneys for PLAINTIFF

949-544-2640
949-336-7612 FAX
tim@mcfarlinlaw.com
jarrod@mcfarlinlaw.com
connie@mcfarlinlaw.com

David T. Biderman, Esq.
Aaron R. Goldstein, Esq.
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067

Attorneys for CALIBER HOME LOANS
INC.; SUMMIT MANAGEMENT
COMPANY LLC

310-788-9900
310-843-1284 FAX
dbiderman@perkinscoie.com
agoldstein@perkinscoie.com

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

1478477.1